AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

John P. Kelly and Sheila Kelly

V.

Alternative Recovery Management

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '08 CV 1379 IEG POR

FILED
08 JUL 31 AM 9:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Hyde
Hyde & Swigart
411 Camino Del Rio South, Suite 301,
San Diego, CA 92108
Tel: 619.233.7770

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                                JUL 3 1 2008

CLERK                                                 DATE

(By) DEPUTY CLERK

COPY