1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **SOUTHERN DISTRICT OF CALIFORNIA**
10
11  JOHN P. KELLY and SHEILA KELLY,              CASE NO. 08cv1379 - IEG - POR

12                               Plaintiff,      ORDER DISMISSING ENTIRE
                vs.                              ACTION WITH PREJUDICE
13  ALTERNATIVE RECOVERY
    MANAGEMENT,
14
15                               Defendant.

16
17        On December 29, 2008, the parties submitted a joint motion to dismiss the entire action with

18  prejudice because they have reached a settlement.  GOOD CAUSE APPEARING, the Court grants

19  the parties' motion and DISMISSES the case with prejudice.

20
21  IT IS SO ORDERED.

22  DATED:  January 5, 2009

23                                              _____
                                                IRMA E. GONZALEZ, Chief Judge
24                                              United States District Court

25
26
27
28

- 1 -                                        08cv1379 - IEG - POR